

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2015

No. 04-14-00509-CV

Gloria **OCHOA**,
Appellant

v.

**NAIL FLOWER BEAUTY SALON**,
Appellee

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-12691
Honorable Antonia Arteaga, Judge Presiding

# O R D E R

Appellant has filed a third motion for extension of time to file her brief, asking for an additional sixty days to file her brief. We previously granted her two prior extensions for a total of seventy-four days, making her brief due January 30, 2015. We have reviewed appellant's motion. Based on our review, we **GRANT** appellant's motion in part and **DENY** it in part. We **GRANT** appellant's request for a third extension, but we **DENY** appellant's request for an additional sixty days to file her brief. We **GRANT** appellant an additional **sixteen days** to file her brief and we **ORDER** her to file her appellant's brief in this court on or before **February 16, 2015**. We advise appellant that **NO FURTHER EXTENSIONS OF TIME TO FILE THE BRIEF WILL BE GRANTED ABSENT WRITTEN PROOF OF EXTRAORDINARY CIRCUMSTANCES**. We recognize appellant is pro se; however, pro se parties are held to the same standards as licensed attorneys and are expected to comply with all rules and procedures applicable to appeals.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of January, 2015.

_____
Keith E. Hottle
Clerk of Court